■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND

Coffey, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 14, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Lupiano, Yesawich and Sandler, JJ.